UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------x

DANNY KEE,

                                  Plaintiff,

               -against-

YOUNG ADULT INSTITUTE, INC., and
BRETT BURNS, *individually*,

                           Defendants.
----------------------------------------------------------------x

**STIPULATION OF**
**DISMISSAL WITH PREJUDICE**

Case No.: 22-cv-05709

       **IT IS HEREBY STIPULATED AND AGREED**, by and between Plaintiff and Defendants in the above-captioned action through their undersigned counsel that, whereas no party hereto is an infant or incompetent person for whom a committee has been appointed, and no person not a party has an interest in the subject matter of the action, in accordance with Rule 41 of the Federal Rules of Civil Procedure, the Complaint in the above-captioned action and all claims alleged therein be dismissed with prejudice, with each party to bear its own fees and costs.

Dated: __December 4__, 2023         Dated: __December 20__, 2023

**PHILLIPS & ASSOCIATES,**
**ATTORNEYS AT LAW, PLLC**

__/s/ Joshua Friedman__
Joshua M. Friedman, Esq.
585 Stewart Avenue, Suite 410
Garden City, New York 11530
Tel: (212) 248-7431
Fax: (212) 901-2107

**CLIFTON BUDD & DeMARIA, LLP**

_____
Daniel C. Moreland, Esq.
Ian-Paul A. Poulos, Esq.
*Attorneys for Defendants*
The Empire State Building
350 Fifth Avenue, 61st Floor
New York, New York 10118
(212) 687-7410

**SO ORDERED:**

_____    _____
Honorable Margo K. Brodie               Date